**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1038**

KAREN D. JACKSON,

                Plaintiff - Appellant,

        v.

CAROLYN W. COLVIN, Commissioner, Social Security,

                Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Stephanie A. Gallagher, Magistrate
Judge.   (1:14-cv-00870-SAG)

Submitted:  May 29, 2015              Decided:  June 2, 2015

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Karen D. Jackson, Appellant Pro Se.   Stacey Irene Cole, SOCIAL
SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen D. Jackson appeals the magistrate judge's[*] order upholding the Commissioner's denial of Jackson's application for supplemental security income. We have reviewed the record and find no reversible error. Accordingly, although we grant Jackson leave to proceed in forma pauperis, we affirm for the reasons stated by the magistrate judge. Jackson v. Colvin, No. 1:14-cv-00870-SAG (D. Md. Dec. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c) (2012).